# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0242
_____

STEVEN SHANE CLOUD and
WILLIAM JEFFREY DAVIS,

    Appellants,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

July 22, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellants.

Ashley Moody, Attorney General, Tallahassee; Miriam Rebekkah Coles and J. Steven Carter of Henry Buchanan, P.A., Tallahassee; Dan Johnson, General Counsel Department of Corrections, Tallahassee, for Appellee.